**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

OSCAR LOYA,

    Plaintiff

v.

PARKS, et al.,

    Defendants

Case No.: 3:23-cv-00662-CSD

**Order**

Re: ECF Nos. 63, 64, 65

Plaintiff has filed a motion requesting the court to set up a teleconference conference for Plaintiff and the Defendants to resolve this matter. (ECF No. 63.)

He also filed a motion stating he was waiting for the settlement to be finalized, and requests more time for the settlement agreement to be finalized. (ECF No. 64.)

Finally, Plaintiff filed a document titled "Plaintiff right to be cruel and unusual punishment and or treatment" with no other information. (ECF No. 65.)

To the extent Plaintiff has labeled these as "motions," they are denied. However, the court will require Defendants to file a status update regarding the settlement of this matter.

///

///

///

///

///

///

///

**CONCLUSION**

Plaintiff's motions (ECF Nos. 63, 64, 65) are **DENIED**. However, Defendants have up to and including **May 15, 2026** to file a status report concerning the progress made in completing the settlement of this action.

**IT IS SO ORDERED**.

Dated: May 1, 2026

_____

Craig S. Denney
United States Magistrate Judge

2